No. 03–7648. BENIGNO v. SMS FINANCIAL IV, L. L. C. Sup. Ct. Cal. Certiorari denied.

No. 03–7704. BELDEN v. WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 03–7753. ZIMMER v. SCHRIRO, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 03–7768. YOUNG v. VALLEY HONEY CO., LLC. Sup. Ct. N. D. Certiorari denied.

No. 03–7774. RUIZ v. GARCIA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–7794. SMITH v. LUCERO, WARDEN. Dist. Ct. N. M., Bernalillo County. Certiorari denied.

No. 03–7808. JOSHUA v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 03–7809. SANCHEZ v. GARCIA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–7810. HALE v. BURNS INTERNATIONAL SECURITY SERVICES CORP. C. A. 5th Cir. Certiorari denied.

No. 03–7821. SETZLER v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–7831. FLEMING v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–7842. LAZOR v. YARBOROUGH, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–7847. WATSON v. OHIO. Ct. App. Ohio, Summit County. Certiorari denied.

No. 03–7853. DuBOSE v. MYERS, WARDEN. C. A. 6th Cir. Certiorari denied.